IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSE MARIE PASSALACQUA,**  *Plaintiff*  v.  **HOMESITE INSURANCE COMPANY OF THE MIDWEST,**  *Defendant.* | Case No. 2:21-cv-05312-JDW |

## ORDER

**AND NOW**, this 24th day of June, 2022, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear her or its own costs and attorneys' fees.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.